UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. DOUEIHI,<br><br>    Plaintiff,<br><br>    v.<br><br>BROADWAY NATIONAL GROUP, LLC,<br><br>    Defendant. | Case No. 24-cv-00626-WHO<br><br>**ORDER TO SHOW CAUSE** |

Neither plaintiff Joseph Doueihi nor his counsel Cathleen Curl appeared at the Case Management Conference held on May 14, 2024. During the conference, counsel for defendant Broadway National Group, LLC indicated that plaintiff has failed to respond to defendant's counterclaims filed on January 25, 2024, and has failed to participate in any way with this litigation since that date. Plaintiff's counsel indicated to defense counsel that she intends to substitute out of the case.

Plaintiff and his counsel Ms. Curl are ORDERED TO SHOW CAUSE why plaintiff's claims should not be DISMISSED for failure to prosecute, and why DEFAULT should not be entered on defendant's counterclaims on June 4, 2024.

Plaintiff may expunge this Order To Show Cause by filing (or having counsel file) on or before **May 28, 2024**, (i) an answer to the counterclaims, (ii) a declaration explaining why he failed to appear at the Case Management Conference on May 14, 2024, and (iii) a Case Management Conference Statement stating whether he disagrees in any way with the Statement filed by defendant at Dkt. No. 14, and by appearing at 2 p.m. on June 4, 2024, at the rescheduled Case Management Conference. Further, if counsel for plaintiff intends to withdraw, she shall file a motion to do so in accordance with the Civil Local Rules of this court, and a declaration

explaining why she failed to appear at the Case Management Conference on May 14, 2024. So that there is no misunderstanding, additionally, to expunge this Order to Show Cause both plaintiff and his counsel shall appear at the Conference on **June 4, 2024, at 2:00 p.m.,** which will be held via videoconference. And if plaintiff intends to proceed with this litigation, in addition to matters outlined above, the parties shall exchange fulsome initial disclosures as required by Rule of Civil Procedure 26 by **June 3, 2024.**

Counsel for defendant shall contact Ms. Curl by telephone or email to ensure that she receives notice of this Order to Show Cause, and Ms. Curl shall contact plaintiff personally to ensure that he is aware of it and shall provide plaintiff with a copy of it.

**IT IS SO ORDERED.**

Dated: May 15, 2024

William H. Orrick
United States District Judge