UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. DOUEIHI,<br><br>    Plaintiff,<br><br>    v.<br><br>BROADWAY NATIONAL GROUP, LLC,<br><br>    Defendant. | Case No. 24-cv-00626-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

Counsel for the defendant advised the Court during the case management conference held on June 18, 2024, that the parties in this case have reached a settlement in principle.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. **IT IS SO ORDERED**.

Dated: June 20, 2024



WILLIAM H. ORRICK
United States District Judge